

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
CALVIN F. CONKLIN,              :
                                :
              Plaintiff,        :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :        OF REMAND
Commissioner of                 :
Social Security,                :   07 Civ. 6576 (CM)
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

          IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that this

action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.

Dated: New York, New York
       December 17, 2007

                                                                                                                         _____
                                                                                                                         CALVIN FOSTER CONKLIN
                                                                                                                          Plaintiff pro se
                                                                                                                          31 Lumber Street, Apt.#1
                                                                                                                          Port Jervis, New York  12771
                                                                                                                          Telephone No.: (845) 856-7446

                                                                                                                          MICHAEL J. GARCIA
                                                                                                                          United States Attorney
                                                                                                                          Southern District of New York
                                                                                                                          Attorney for Defendant

By: _____
     LESLIE A. RAMIREZ-FISHER
     Assistant United States Attorney
     86 Chambers Street – 3rd Floor
     New York, New York  10007
     Telephone No.: (212) 637-0378
     Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

1-2-08